# Exhibit 3

07/06/2017  http://funnytest.pro/

