# Exhibit 4

10/10/2018       https://funnytest.pro/en/test/637



