# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>GLEB SLUCHEVSKY and<br>ANDREY GORBACHOV,<br><br>        Defendants. | Case No. 3:19-cv-01277-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**<br><br>CURRENT DATE:   September 5, 2019<br>PROPOSED DATE:  December 12, 2019<br><br>TIME:       1:30 p.m.<br>CTRM:     F – 15th Floor<br><br>Hon. Jacqueline Scott Corley |

The Court, having read and considered Plaintiff's second motion to continue case management conference, and good cause appearing, **ORDERS** that the motion is **GRANTED**.

It is further **ORDERED** that the case management conference currently scheduled for September 5, 2019 is continued to December 12, 2019 at 1:30 p.m. in Courtroom F – 15th Floor, San Francisco Courthouse.

**IT IS SO ORDERED.**

DATED: August 16, 2019

Jacqueline Scott Corley
U.S. Magistrate Judge