UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br>           Plaintiff,<br>   v.<br>GLEB SLUCHEVSKY, et al.,<br>           Defendants. | Case No. 19-cv-01277-JSC<br><br>**ORDER RE DEFAULT JUDGMENT AND REQUEST FOR FEES**<br><br>Re: Dkt. No. 25 |

Facebook, Inc. filed suit against Gleb Sluchevsky and Andrey Gorbachov alleging violations of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030 *et seq.*; California's Comprehensive Computer Data Access and Fraud Act, California Penal Code § 502; and various state law claims including breach of contract and fraud. (*See* Dkt. No. 1.) The Clerk entered default against Defendants on March 13, 2020 after they failed to answer Plaintiff's complaint or otherwise appear in this action. (Dkt. No. 22.) Now before the Court is Plaintiff's unopposed motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). (Dkt. No. 25.) After reviewing the moving papers, the Court concludes that oral argument is not necessary, *see* Civ. L.R. 7-1(b), and VACATES the hearing scheduled for August 13, 2020.

Because the Court does not have the consent of the defaulting defendants, the action must be reassigned to a district court judge. *See Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017). This Court will issue a Report and Recommendation that includes a recommendation regarding the request for fees and costs. Accordingly, on or before **August 18, 2020** Plaintiff shall make its submission regarding its attorneys' fees request. The Court will take the matter under submission at that time.

**IT IS SO ORDERED.**

Dated: August 11, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge