# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FACEBOOK, INC.,**
    Plaintiff,
    vs.
**GLEB SLUCHEVSKY, ET AL.,**
    Defendants.

CASE NO. 19-cv-01277-YGR

**ORDER ADOPTING IN PART MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. Nos. 25, 31

The Court has carefully reviewed Magistrate Judge Jacqueline Scott Corley's Report and Recommendation (Dkt. No. 31 ("Report")) recommending that the Court grant plaintiff's motion for default judgment, issue a permanent injunction against defendants, and order defendants to pay $80,529.00 in attorneys' fees and $8,989.95 in costs. No party filed an objection.

The Court generally finds the Report correct, well-reasoned, and thorough. The Court disagrees with the Report only with respect to two categories of attorneys' fees that the Court deems excessive: (1) $11,146 related to work on repeated "motions" to continue case management conferences; and (2) $3,526 for tasks vaguely described as "report case updates." The Court adopts the Report in every respect except as to these fees, which shall be deducted from the total to be paid by defendants.

Accordingly, and for the reasons set forth above and in the Report, the Court hereby **ORDERS** as follows:

- Plaintiff's motion for default judgment is **GRANTED**.
- Plaintiff's request for a permanent injunction is **GRANTED**. Defendants and their agents, servants, employees, successors, and assigns, and all other persons acting in concert, conspiracy, or affiliation with defendants are enjoined from: soliciting, storing, and/or using Facebook login information from any current, past, or future Facebook user; accessing or attempting to access Facebook's website and computer system; creating or maintaining any Facebook accounts in violation of Facebook's TOS; engaging in any

activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Facebook's website; and engaging in any activity, or facilitating others to do the same, that violates Facebook's TOS, Community Standards, Platform Policy, or other related policy referenced.

- Plaintiff shall be entitled to $65,857 in attorneys' fees and $8,989.95 in costs.

This Order terminates Docket Numbers 25 and 31.

**IT IS SO ORDERED.**

Dated: September 30, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**